UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23843-CIV-COOKE

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**LUIS FERNANDO VELASQUEZ RAMIREZ**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Notice of Compliance [ECF No. 29], indicating Defendant has surrendered all indicia of U.S. Citizenship in his possession and control. Being fully advised, it is

**ORDERED AND ADJUDGED** the hearing scheduled for August 8, 2022 is **CANCELLED**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of August, 2022.

_____
for **MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record